William C. HAMMEL; Alan J. Bellamente, Plaintiffs–Appellants,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; State Farm Indemnity Company, Defendants–Appellees.

No. 00–2369.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 27, 2001.

William C. Hammel, Alan J. Bellamente, pro se. Bradley Reid Kutrow, Smith, Helms, Mulliss & Moore, Charlotte, NC, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

William C. Hammel and Alan J. Bellamente appeal from the district court's order dismissing their civil RICO complaint. Our review of the record and the district court's opinion adopting the recommendation of the magistrate judge discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hammel v. State Farm Mut. Auto. Ins. Co.,* No.CA–99–44–2 (W.D.N.C. Sept. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*